John SMITH

v.

**PORTO BLANCO CIA. NAV. S.A., Appellant,**

v.

**ATLANTIC & GULF STEVEDORES, INC.**
and
**Lavino Shipping Company, Third-Party Defendants.**

No. 15625.

United States Court of Appeals
Third Circuit.

Argued April 19, 1966.

Decided May 6, 1966.

John T. Biezup, Philadelphia, Pa., (Rawle & Henderson, Philadelphia, Pa., on the brief), for appellant.

F. Hastings, Griffin, Jr., Philadelphia, Pa. (Dechert, Price & Rhoads, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On this appeal from the Order of the District Court dated July 23, 1965 entering a final judgment in favor of the appellee, third party defendant and against the third party plaintiff-appellant with costs, the appellant seeks a new trial on the grounds that the District Court erred in its charge to the jury.

On review of the record we find no error and the stated Order will be affirmed.

**In the Matter of C. E. PONTZ & SON, INC., Bankrupt.**

**The Brownstown National Bank, Reclamation Petitioner, Appellant.**

No. 15721.

United States Court of Appeals
Third Circuit.

Argued April 22, 1966.

Decided May 10, 1966.

Rehearing Denied May 31, 1966.

Edwin J. McDermott, Philadelphia, Pa. (A. W. Reese, Lancaster, Pa., on the brief), for appellant.

Robert H. Kauffman, Reading, Pa. (Charles F. Herr, Lancaster, Pa., on the brief), for appellee.

Before KALODNER, GANEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The Order of the District Court will be affirmed.